UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
GEORGE M. FOX AND MARY E. FOX,     Case No. 10-59479-mbm
Debtor(s).     Chapter 13
    Hon. MCIVOR
_____/

GEORGE M. FOX AND MARY E. FOX,

Plaintiff(s),

-vs-     Adversary Case No. 10-06363-mbm

FIRST CATHOLIC FEDERAL CREDIT UNION,
a Federally Insured Credit Union,

Defendant(s).
_____/
THOMAS M. HENSEL JR. (P60469)
OF COUNSEL FOR STERN & ORTNER, PC
Attorney for Debtor(s)
1815 Ford Ave.
Wyandotte, MI 48192
(734) 282-2888
tom@hensellawoffice.com
_____/

## ORDER TO DETERMINE THE EXTENT OF THE LIEN OF
## FIRST CATHOLIC FEDERAL CREDIT UNION

      This matter having come on to be heard upon the Plaintiff's Complaint to Determine the Extent of the Lien of FIRST CATHOLIC FEDERAL CREDIT UNION representing the second mortgage, and an Affidavit of Default having been filed, due notice having been thus given, and the Court having found that the proposed Complaint is in accordance with law:

      IT IS ORDERED that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-59479-mbm, the mortgage ("Mortgage") dated September 30, 2004, covering the following described property ("Property) situated in the Township of Brownstown, County of Wayne, State of Michigan:

COMMONLY KNOWN AS: 15853 Huron River Drive, Brownstown, MI 48173
TAX ID NO.: 70162990031002

recorded in the Wayne County Register of Deeds on October 14, 2004, Liber 41500, Page 1645 will be stripped from the Property and discharged.

      IT IS FURTHER ORDERED that upon completion of the debtor's Chapter 13 plan and entry of a Chapter 13 discharge order in bankruptcy case number 10-59479-mbm, the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the Wayne County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

      IT IS FURTHER ORDERED that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in the bankruptcy case number 10-59479-mbm, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on September 23, 2010**

                                  /s/ Marci B. McIvor
                              Marci B. McIvor
                              United States Bankruptcy Judge